UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT DENIS, DIN # 11-A-1167,
:
       Petitioner      :
                                         **ORDER**
    -against-      :
                                 18-CV-7371 (AT)(KNF)
JAMIE LAMANNA, Superintendent of the      :
Green Haven Correctional Facility,
:
       Respondent.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The petitioner has requested that the time for him to reply to the respondent's answer to his petition be enlarged by 45 days, see Docket Entry No. 31.  The request is granted.  On or before November 12, 2020, the petitioner shall serve and file his reply.

**The Clerk of Court is directed to mail a copy of this order to the petitioner.**

Dated: New York, New York                    SO ORDERED:
       September 23, 2020

                                              _/s/ Kevin Nathaniel Fox_
                                              KEVIN NATHANIEL FOX
                                              UNITED STATES MAGISTRATE JUDGE