UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DENIS, DIN# 11-A-1167,

                  Petitioner,

-against-

JAMIE LAMANNA, Superintendent of the Green Haven Correctional Facility,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2021

18 Civ. 7371 (AT) (KNF)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 34, of the Honorable Kevin N. Fox, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 No. Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The R&R was sent to Petitioner's last address. *See* 3/17/2021 Docket Entry. The Court, therefore, ADOPTS the R&R in its entirety.

    The Clerk of Court is directed to close the case, and mail a copy of this order to Petitioner *pro se*.

    SO ORDERED.

Dated: April 16, 2021
       New York, New York

                                                       ANALISA TORRES
                                                       United States District Judge